IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEITH CARROLL, ) | |
| ) | |
| Plaintiff, ) | Case No: |
| v. ) | 1:18-cv-00078 |
| ) | |
| AGRICULTURE FEDERAL CREDIT UNION ) | |
| ("AgFed CU"), ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff KEITH CARROLL voluntarily dismisses the above-captioned action without prejudice. Plaintiff reserves the right to refile this action in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: March 22, 2018         */s/ Thomas E. Strelka*
Thomas E. Strelka, VA Bar No. 75488
L. Leigh R. Strelka, VA Bar No. 73355
N. Winston West, IV, VA Bar No. 92598
STRELKA LAW OFFICE, PC
119 Norfolk Avenue, SW
Warehouse Row, Suite 330
Roanoke, Virginia 24011
Phone: (540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com

*/s/ Scott J. Ferrell*
Scott J. Ferrell, Esq.

        Victoria Knowles, Esq.
        Pacific Trial Attorneys
        4100 Newport Place Drive, Suite 800
        Newport Beach, CA 92660
        Phone: (949) 706-6464
        Fax: (949) 706-6469
        sferrell@pacifictrialattorneys.com
        vknowles@pacifictrialattorneys.com

*Counsel for Plaintiff*

### Certificate of Service

The undersigned hereby certifies that the foregoing was filed on the 22nd day of March, 2018 via the Court's electronic CM/ECF filing system. That system will send a Notice of Electronic Filing to:

Thomas M. Lucas, Esquire
Jackson Lewis, P.C.
500 E. Main Street, Suite 500
Norfolk, VA 23510
tom.lucas@jacksonlewis.com

*Counsel for Defendant*

        /s/ Thomas E. Strelka
        Thomas E. Strelka, VA Bar No. 75488
        L. Leigh R. Strelka, VA Bar No. 73355
        N. Winston West, IV, VA Bar No. 92598
        STRELKA LAW OFFICE, PC
        119 Norfolk Avenue, SW
        Warehouse Row, Suite 330
        Roanoke, Virginia 24011
        Phone: (540) 283-0802
        thomas@strelkalaw.com
        leigh@strelkalaw.com
        winston@strelkalaw.com