IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KEITH CARROLL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AGRICULTURE FEDERAL CREDIT UNION )<br>("AgFed CU"), )<br>)<br>Defendant. ) | Case No:<br>1:18-cv-00078 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff KEITH CARROLL voluntarily dismisses the above-captioned action without prejudice. Plaintiff reserves the right to refile this action in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: March 22, 2018

_/s/ Thomas E. Strelka_
Thomas E. Strelka, VA Bar No. 75488
L. Leigh R. Strelka, VA Bar No. 73355
N. Winston West, IV, VA Bar No. 92598
STRELKA LAW OFFICE, PC
119 Norfolk Avenue, SW
Warehouse Row, Suite 330
Roanoke, Virginia 24011
Phone: (540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com

SO ORDERED
3/30/18
_/s/_
Liam O'Grady
United States District Judge

_/s/ Scott J. Ferrell_
Scott J. Ferrell, Esq.